UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| ARTHUR GLENN JONES, SR., | No. 2:15-cv-0734 AC P |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| SAM WONG, et al., | |
| Defendants. | |

Defendants Heatley, Pace, Williams, and Wong have answered the complaint. ECF No. 23. It is unclear whether defendant Cuppy intended to join in their answer. Deputy Attorney General Oliver R. Lewis has signed the complaint as counsel for Wong, Williams, Heatley, Pace, *and* Cuppy. Id. at 1, 5. However, Cuppy is not included in the answer, nor is she identified as a represented defendant in the caption. Id. at 1. The court requires clarification regarding defendant Cuppy's status.

Accordingly, IT IS HEREBY ORDERED that Deputy Attorney General Oliver R. Lewis shall, within seven days of the filing of this order, clarify whether he is in fact representing defendant Cuppy in this matter and whether he intended to answer on her behalf. If counsel

////

////

////

intended to answer on Cuppy's behalf, he must simultaneously file an amended answer that reflects that Cuppy is an answering defendant.

SO ORDERED.

DATED: July 10, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE