UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR GLENN JONES, SR., | No. 2:15-cv-0734 GEB AC P |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| SAM WONG, et al., | |
| Defendants. | |

On August 24, 2017, counsel for defendant Cuppy (Mr. Thomas A. Cregger) signed and mailed a "Waiver of Service of Summons," which stated "I understand that a judgment any be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not filed within the U.S. District Court and served upon plaintiff within 60 days after 5/8/17." ECF No. 38 at 1. That deadline had already long since passed by the time counsel signed and returned the waiver, yet counsel has not filed a responsive pleading on behalf of defendant Cuppy or otherwise communicated with the court and has instead allowed another two weeks to pass since signing the waiver. Failure to timely file a pleading responsive to plaintiff's complaint renders defendant Cuppy vulnerable to default in this action. Fed. R. Civ. P. 55.

Accordingly, IT IS HEREBY ORDERED that:

1. Within fourteen days after the filing date of this order, Mr. Cregger shall file and serve the following: (1) a responsive pleading on behalf of defendant Cuppy and (2) a verified

1

statement showing cause for counsel's delay and demonstrating why sanctions should not be imposed under Federal Rule of Civil Procedure 11(b) and Local Rule 110 for delaying the proceedings in this action. <u>See</u> Fed. R. Civ. P. 11(c)(3). Failure of counsel to timely comply with this order shall result in the imposition of appropriate sanctions. <u>See</u> L.R. 110; Fed. R. Civ. P. 11(c)(4).

2. The Clerk of the Court is directed to serve a copy of this order on Thomas A. Cregger at Cregger & Chalfant LLP, 701 University Avenue, Suite 110, Sacramento, CA 95825, and at tac@creggerlaw.com.

IT IS SO ORDERED.

DATED: September 6, 2017

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE