UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR GLENN JONES, SR., | No. 2:15-cv-0734 GEB AC P |
| Plaintiff, | |
| v. | ORDER |
| SAM WONG, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 21, 2017, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days. ECF No. 34. Neither party has filed objections to the findings and recommendations. The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

On September 12, 2017, the magistrate judge filed an order denying plaintiff's request for appointment of counsel. ECF No. 41. Plaintiff has filed objections to the order. ECF No. 46. When a party objects to magistrate judge's order, the order shall be upheld unless it is "clearly

1

erroneous or is contrary to law." Fed. R. Civ. P. 72(a); L.R. 303(f). Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

Therefore, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed August 21, 2017 (ECF No. 34), are adopted in full and plaintiff's motions for preliminary injunction or temporary restraining order (ECF Nos. 21, 32) are denied.

2. Upon reconsideration, the magistrate judge's September 12, 2017 order denying appointment of counsel (ECF No. 41) is affirmed.

Dated: September 28, 2017

GARLAND E. BURRELL, JR.
Senior United States District Judge