UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR GLENN JONES, SR., | No. 2:15-cv-0734 GEB AC P |
| Plaintiff, | |
| v. | ORDER |
| SAM WONG, et al., | |
| Defendants. | |

On September 20, 2017, defendant Cuppy filed a motion to dismiss. ECF No. 43. Plaintiff has not opposed the motion.

Accordingly, IT IS HEREBY ORDERED that within twenty-one days of service of this order, plaintiff shall file and serve an opposition to the motion to dismiss or a statement of non-opposition. Failure to comply with this order will result in the dismissal of the claims against defendant Cuppy without prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

DATED: October 24, 2017

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE