UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR GLENN JONES, SR., | No. 2:15-cv-00734-TLN-AC |
| Plaintiff, | |
| v. | **ORDER** |
| SAM WONG, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 21, 2018, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 59.) Defendant Cuppy has filed objections to the findings and recommendations.[1] (ECF No. 60.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and proper analysis.

---

[1] Plaintiff has also filed "objections" which simply state that he agrees with the magistrate judge's findings and recommendations. (ECF No. 61.)

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed May 21, 2018 (ECF No. 59), are adopted in full; and

2. Defendant Cuppy's motion to dismiss (ECF No. 43) is denied.

3. Within twenty-one days of the filing of this order, Defendant Cuppy shall file an answer to the amended complaint.

IT IS SO ORDERED.

Dated: September 26, 2018

Troy L. Nunley
United States District Judge