UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR GLENN JONES, SR., | No. 2:15-cv-0734 TLN AC P |
| Plaintiff, | |
| v. | ORDER |
| SAM WONG, et al., | |
| Defendants. | |

On February 21, 2019, Defendant Cuppy filed a Motion to Compel Responses to Written Discovery or, in the alternative, Motion to Modify the Discovery and Scheduling Order. ECF No. 75. To date, plaintiff has not filed any responsive documents with this court. Plaintiff will be given one more opportunity file a response to the motion, and is cautioned that failure to do so will be deemed a waiver of any opposition to granting the motion.

Accordingly, IT IS HEREBY ORDERED that plaintiff shall file a response to Defendant's motion within fourteen days of the date of this order or the motion will be deemed unopposed.

DATED: March 26, 2019

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE